No. 01–5701. ANDRES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5861. WIMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–6398. PROMISE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6422. JAMES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7125. VENTURA v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–7178. SUMMERHAYES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7197. ANDRES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7272. MOODY v. PRYOR, ATTORNEY GENERAL OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–7386. HARDY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7399. FORD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7420. ASTERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7477. POWELL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7575. MARTINEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7613. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7738. GONZALES-GARCIA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–7836. RAILEY v. UNITED STATES; and
No. 01–8012. LUNDIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.